# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JOHN RHONE,

       Plaintiff,

v.

A.T.A. MEAT COMPANY, INC.,
LOUI JABR,

       Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:      Defendant:      A.T.A. Meat Company, Inc.
          Registered Agent:  Charles J. Goldman, Esq.
                              601 S. Federal Hwy.
                              Hollywood, Florida 33020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Elliot Kozolchyk, Esq.             Tel:    (786) 924-9929
      Koz Law, P.A.                        Fax:   (786) 358-6071
      800 East Cypress Creek Road, Suite 421   Email: ekoz@kozlawfirm.com
      Fort Lauderdale, Florida 33334

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:

JOHN RHONE,

        Plaintiff,

v.

A.T.A. MEAT COMPANY, INC.,
LOUI JABR,

        Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:      Defendant:      Loui Jabr
                                      9328 Cove Point Cir.
                                      Boynton Beach, Florida 33437

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:    (786) 924-9929
Fax:   (786) 358-6071
Email:  ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____