**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 22-cv-61467-Moore/Louis

JOHN RHONE,

    Plaintiff,

v.

A.T.A. MEAT COMPANY, INC.,
LOUI JABR,

    Defendants.
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

Pursuant to the Court's Order [ECF No. 4], attached as <u>Exhibit A</u> is Plaintiff's Statement of Claim. Plaintiff's counsel's fees to date are $1,800.00 for 4.5 hours at $400 per hour and costs to date are $482.00.

    Respectfully submitted,

    Koz Law, P.A.
    800 East Cypress Creek Road, Suite 421
    Fort Lauderdale, FL 33334
    Tel:   (786) 924-9929
    Fax:  (786) 358-6071
    Email: ekoz@kozlawfirm.com

    */s/ Elliot A. Kozolchyk*
    _____
    Elliot Kozolchyk, Esq.
    Bar No.: 74791