**Exhibit A**
**Statement of Claim**
**Plaintiff John Rhone**

## Unpaid Overtime Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | FLSA Equivalent Hourly Rate[1] | FLSA Equivalent Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 8/7/19 - 9/10/21 | 109.43 | 44.42 | $ 500.00 | $ 11.26 | $ 16.88 | $ 2,722.17 | $ 2,722.17 |
| | | | | | | $ 2,722.17 | $ 2,722.17 |

Total Unpaid Overtime Wages[1] = $ 2,722.17
Total Liquidated Damages[1] = $ 2,722.17
Total[1] = $ 5,444.33

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.