**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 22-cv-61467-Moore/Louis

JOHN RHONE,

                  Plaintiff,

v.

A.T.A. MEAT COMPANY, INC.,
LOUI JABR,

                  Defendants.

_____/

## NOTICE OF SETTLEMENT

      Plaintiff, JOHN RHONE, by and through the undersigned counsel, hereby notifies the

Court that the parties have reached a settlement and are in the process of finalizing the written

settlement agreement.

                        Respectfully submitted,

                        Koz Law, P.A.
                        800 East Cypress Creek Road, Suite 421
                        Fort Lauderdale, Florida 33334
                        Tel:    (786) 924-9929
                        Fax:    (786) 358-6071
                        Email: ekoz@kozlawfirm.com

                        _____
                        Elliot Kozolchyk, Esq.
                        Bar No.: 74791