**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 22-cv-61467-Moore

JOHN RHONE,

        Plaintiff,

v.

A.T.A. MEAT COMPANY, INC.,
LOUI JABR,

        Defendants.
_____/

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

    Plaintiff, JOHN RHONE, by and through the undersigned counsel, pursuant to the Court's Paperless Order and Notice of Court Practice Upon Settlement in Fair Labor Standards Act Cases [ECF No. 10] ("Order"), respectfully requests an enlargement of time through October 18, 2022 to submit the documents required by the Order, and in support Plaintiff states the following:

    Plaintiff respectfully needs more time to review and finalize their Settlement Agreement and submit the documents to the Court required by its Order.

    WHEREFORE, Plaintiff respectfully requests the Court grant an enlargement of time through October 18, 2022 to submit the documents required by the Order.

Respectfully submitted,

Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, FL 33334
Tel:    (786) 924-9929
Fax:   (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791

## CERTIFICATE OF CONFERRAL

I HEREBY CERTIFY that counsel for the movant has conferred with opposing counsel regarding the relief sought herein and Defendants do not oppose this motion.

_____
Elliot Kozolchyk, Esq.