UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-61467-Moore

JOHN RHONE,

       Plaintiff,

v.

A.T.A. MEAT COMPANY, INC.,
LOUI JABR,

       Defendants.
_____/

## AFFIDAVIT OF ELLIOT KOZOLCHYK

BEFORE ME, the undersigned authority personally appeared Elliot Kozolchyk, who upon being first duly sworn, deposes and states as follows:

1. My name is **ELLIOT KOZOLCHYK**; I am over eighteen years of age; I reside in the United States and I have personal knowledge of the matters set forth herein. I understand the English language and completely and fully understand the contents of this Affidavit.

2. I am the plaintiff's counsel in the case of *Rhone v. A.T.A. Meat Company, Inc. et al*, Case No. 22-cv-61467-KMM in the United States District Court, Southern District of Florida..

3. I have reviewed the billing statement attached hereto as **Exhibit 1** and it is authentic and accurate.

All of the representations herein are true and correct to the best of my ability and knowledge.

_____
ELLIOT KOZOLCHYK

STATE OF FLORIDA    )
                           ) SS
COUNTY OF BROWARD  )

The foregoing instrument was sworn to and subscribed before me, on this 1st day of November, 2022, by **ELLIOT KOZOLCHYK**, who is personally known to me.

_____
NOTARY PUBLIC, State of Florida

[Notary Seal: JUSTICE PHOEBE DAUZ, MY COMMISSION # GG 830681, EXPIRES: November 11, 2023, Bonded Thru Notary Public Underwriters]

**EXHIBIT B**

# Exhibit 1
## Billing Statement
## Elliot Kozolchyk

| Date | T | Description | Fees |
|---|---|---|---|
| 5/25/22 | 2 | Met and Interviewed Client. | $ 800.00 |
| 7/2/22 | 1.4 | Researched Defendants' location and business, including their gross annual revneue. | $ 560.00 |
| 8/6/22 | 0.4 | Prepared Complaint against all Defendants | $ 160.00 |
| 8/6/22 | 0.3 | Prepared Exhibit A to the Complaint, the Statement of Claim | $ 120.00 |
| 8/8/22 | 0.1 | Reviewed DE 2, Judge Assignment, and DE 3, Summonses | $ 40.00 |
| 8/8/22 | 0.1 | Reviewed DE 4, Notice of Court Practices, and DE 5, Order Referring Case | $ 40.00 |
| 8/18/22 | 0.2 | Prepared DE 6, Notice of Filing Statement of Claim | $ 80.00 |
| 8/30/22 | 0.1 | Reviewed email from OC announcing appearance and asking for settlement offer | $ 40.00 |
| 8/30/22 | 0.7 | Discussed case with client and settlement. | $ 280.00 |
| 8/30/22 | 0.7 | Composed email to OC with Plaintiff's Settlement offer and non-monetary terms and sent to OC | $ 280.00 |
| 8/31/22 | 0.1 | Reviewed DE 7, Notice of Appearance | $ 40.00 |
| 8/31/22 | 0.9 | Researched Defendants' counsel, Defendants' firm, and their experience. | $ 360.00 |
| 8/31/22 | 0.5 | Sent email to OC sending orders as required by Court and conferring on mediator and mediation dates | $ 200.00 |
| 9/2/22 | 0.5 | Reviewed Client's documents and discussed same with Client. | $ 200.00 |
| 9/2/22 | 1.3 | Began drafting interrogatories and requests for production. | $ 520.00 |
| 9/7/22 | 0.1 | Reviewed email from OC with settlement counteroffer | $ 40.00 |
| 9/8/22 | 0.7 | Phone call with Client to review Defendant's settlement offer and to discuss case | $ 280.00 |
| 9/9/22 | 0.1 | Reviewed email from OC conferring on Waiver of Service and conferring on motion for deadline extension | $ 40.00 |
| 9/9/22 | 0.4 | Sent reply email to OC agreeing to motion for extension and declining Defendant's Settlement offer | $ 160.00 |
| 9/12/22 | 0.2 | Reviewed email from OC accepting Plaintiff's first settlement offer | $ 80.00 |
| 9/12/22 | 0.2 | Exchanged emails to OC regarding filing Notice of Settlement | $ 80.00 |
| 9/12/22 | 0.7 | Phone call with Client regarding Settlement Offer acceptance, answered questions and discussed case. | $ 280.00 |
| 9/12/22 | 0.2 | Prepared DE 8, Notice of Settlement | $ 80.00 |
| 9/14/22 | 0.1 | Reviewed DE 9, Notice of Court Practices upon Settlement | $ 40.00 |
| 9/14/22 | 0.2 | Reviewed DE 10, Order Vacating DE 9 and Notice of Court Practices upon Settlement | $ 80.00 |
| 9/20/22 | 0.7 | Discussed case and settlement terms with Client. | $ 280.00 |
| 9/20/22 | 0.6 | Drafted Settlement Agreement. | $ 240.00 |
| 9/20/22 | 0.3 | Emailed Defendants' counsel discussing Settlement Agreement | $ 120.00 |
| 10/4/22 | 0.2 | Emailed Defendnats' counsel regarding Settlement Agreement | $ 80.00 |
| 10/18/22 | 0.2 | Emailed Defendnats' counsel regarding Settlement Agreement | $ 80.00 |
| 11/1/22 | 0.8 | Reviewed Defendants' counsel's revisions to Settlement Agreement. Discussed same with client. Emailed Defendants' counsel regarding revisions. | $ 320.00 |
| 11/1/22 | 0.9 | Coordinated with Client regarding finalized Settlement Agreement, discussed case with Client. | $ 360.00 |
| 11/1/22 | 0.5 | Prepared Motion to Approve Settlement. | $ 200.00 |
| 11/1/22 | 0.2 | Reviewed billing records. | $ 80.00 |

**Exhibit 1**
**Billing Statement**
**Elliot Kozolchyk**

| Date | Type | Description | Cost |
|---|---|---|---|
| 8/6/22 | Filing Fee | Complaint | $ 402.00 |
| 8/20/22 | Service of Process | JABR, LOUI | $ 69.00 |
| 4/13/22 | Service of Process | A.T.A. MEAT COMPANY, INC. | $ 44.00 |

|  |  |
|---:|---:|
| **Time** | 16.6 |
| **Hourly Rate** | $ 400.00 |
| **Fees** | $ 6,640.00 |
| **Costs** | $ 515.00 |
| **Total** | $ 7,155.00 |